## NOONAN vs. ORTON, impleaded.

APPEAL from the Circuit Court for *Milwaukee* County. Appeal from an order sustaining defendant's demurrer to the complaint.    The case is identical with *Noonan vs. McNab, ante,* defendants having demurred separately to the same complaint.

*Jason Downer,* for appellant.

*J. J. Orton,* respondent, in *pro. per.*

COLE, J. It follows from the views expressed in considering the question whether the complaint stated a cause of action

against the defendant McNab, that the demurrer of Orton must be sustained.

*By the Court.* It is so ordered.